USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINOD GOVINDHARAJAN, individually
and behalf of others similarly situated,

                              Plaintiff,

                -against-

TATA CONSULTANCY SERVICES, LTD.
and RAJESH GOPINATHAN,

                              Defendants.

19-CV-10017 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 16, 2020, the Court issued an Opinion and Order granting Defendants' motion to compel arbitration of Plaintiff's equal pay and retaliation claims and dismissing Plaintiff's visa fraud claim.  Dkt. 24.  The Opinion and Order directed Plaintiff to notify the Court no later than July 26, 2020 whether he seeks a stay of this action pending arbitration, and stated that "[i]f Plaintiff does not seek a stay, the Court will dismiss the action."  Plaintiff has not advised the Court as to its position on a stay.  Plaintiff shall do so no later than August 14, 2020.  Failure to do so will result in dismissal of this action.

SO ORDERED.

Dated:   August 7, 2020
         New York, New York

                                        Ronnie Abrams
                                        United States District Judge