```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINOD GOVINDHARAJAN, individually
and behalf of others similarly situated,

                        Plaintiff,

                 -against-

TATA CONSULTANCY SERVICES, LTD.
and RAJESH GOPINATHAN,

                       Defendants.

19-CV-10017 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On July 16, 2020, the Court issued an Opinion and Order granting Defendants' motion to compel arbitration of Plaintiff's equal pay and retaliation claims and dismissing Plaintiff's visa fraud claim. Dkt. 24. The Opinion and Order directed Plaintiff to notify the Court no later than July 26, 2020 whether he seeks a stay of this action pending arbitration, and stated that "[i]f Plaintiff does not seek a stay, the Court will dismiss the action." As Plaintiff did not advise the Court as to his position on a stay by July 26, 2020, the Court issued an Order on August 7, 2020 extending Plaintiff's time to do so to August 14, 2020 and again providing that "[f]ailure to do so will result in dismissal of this action." Dkt. 25. Plaintiff has still not filed a letter regarding his position on a stay. Accordingly, this action is hereby dismissed. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   August 21, 2020
           New York, New York

                                                         Ronnie Abrams
                                                         United States District Judge